IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRANDON FINKE,<br><br>    Plaintiff<br><br>    v.<br><br>RIVERSIDE ROOFING,<br><br>    Defendant. | Civil Action No.<br><br>2:25-cv-277-RWS |

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. IT IS HEREBY ORDERED that the Clerk of Court reassign this action to the next Judge on the rotation list for the Gainesville Division. The clerk is directed not to substitute another case for this action.

**SO ORDERED** this _8th_ day of September, 2025.

_____
RICHARD W. STORY
United States District Judge