# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BRANDON FINKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERSIDE ROOFING<br><br>    Defendant. | Civil File No. 2:25-cv-00277-SCJ |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED AND DATED this 3rd day of October, 2025.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com